| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ahren A. Tiller**<br>**1230 Columbia St., Suite 1100**<br>**San Diego, CA 92101**<br>**619-894-8831 Fax: 866-444-7026**<br>**250608**<br><br>☐ *Individual appearing without attorney.RTF*<br>☒ *Attorney for: Nancy Alvarado* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **Nancy Alvarado**<br><br><br>Debtor(s). | CASE NO.: **2:14-bk-11989**<br>CHAPTER: __7__<br><br>**NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (PERSONAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:** Citibank (South Dakota) N.A.

TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the personal property (Personal Property) described herein on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

3. **Type of Case:**
   a. ☒ A voluntary petition under chapter    ☒ 7    ☐ 11    ☐ 12    ☐ 13 was filed on: **1/31/2014**
   b. ☐ An involuntary petition under chapter    ☐ 7    ☐ 11 was filed on: _____
      ☐ An order of relief under chapter    ☐ 7    ☐ 11 was entered on: _____
   c. ☐ An order of conversion to chapter    ☐ 7    ☐ 11    ☐ 12    ☐ 13 was filed on: _____
   d. ☐ Other: _____

4. **Procedural Status:**
   a. ☒ Name of trustee appointed (*if any*):    **Carolyn A. Dye**
   b. ☐ Name of attorney of record for trustee (*if any*): _____

5. Debtor claims an exemption in the subject real property under:
   a. ☐ California Code of Civil Procedure § _____ (homestead) exemption amount claimed on schedules: $_____
   b. ☐ California Code of Civil Procedure § _____ exemption amount claimed on schedules: $_____
   c. $ _____
   d: ☐ Other statute *(specify)*: _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    **F 4003-2.2.AVOID.LIEN.PP.MOTION**

Page 1

e. ☐ Other statute *(specify)* _____

6. Debtor's entitlement to an exemption is impaired by a nonjudicial lien, the details of which are as follows:
   a. On *(specify date)*: _____, Debtor obtained a consumer loan from respondent in the principal amount of *(specify amount)*: $_____
   b. As security for said loan, Debtor(s) gave respondent a security interest in certain Personal Property in Debtor's possession.
   c. The loan was neither obtained nor used for the purpose of buying the Personal Property.
   d. The current balance due on the loan is *(specify amount)*: $_____

7. On Schedule C, Debtor claimed an exemption in said personal property.

8. Debtor alleges that the fair market value of each individual item of the Personal Property claimed exempt is set forth in a declaration attached hereto. *(Attach Debtor's declaration to this motion)*

9. Debtor attaches the following documents in support of the motion *(as appropriate)*:_____
   a. ☒ Schedule C listing all exemptions claimed by Debtor
   b. ☐ Loan agreement
   c. ☐ Security agreement
   d. ☐ Declaration of fair market value
   e. ☒ Other *(specify)*:    Declaration of Debtor (w/ Exhibit A)
   f. ☒ Other *(specify)*:    Writ of Execution
   g. ☐ Other *(specify)*:

   Total number of attached pages of supporting documentation: **6**

10. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the subject lien.

Date: **May 16, 2014**            **/s/ Nancy Alvarado**
                                   *Signature of Debtor*
                                     **Nancy Alvarado**
                                   *Printed name of Debtor*

Date: **May 16, 2014**             **/s/ Ahren A. Tiller**
                                   *Signature of attorney for Debtor*
                                     **Ahren A. Tiller**
                                   *Printed name of attorney for Debtor*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         **F 4003-2.2.AVOID.LIEN.PP.MOTION**

Page 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*):    **Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f) (Personal Property)**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **5/19/2014**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Carolyn A. Dye (TR) trustee@cayde.com**
**United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **5/19/2014**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Richard M. Neiter (Judge)**
**255 E. Temple Street, Suite 1652/Courtroom 1645**
**Los Angeles, CA 90012**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2014 | **Nicole Dominguez** | **/s/ Nicole Dominguez** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                                **F 4003-2.2.AVOID.LIEN.PP.MOTION**

**Service List**

**Hunt & Henriques**
**Attorneys at Law**
**Michael S. Hunt**
**151 Bernal Road, Suite 8**
**San Jose, CA 95119-1306**

**Citibank (South Dakota) N.A.**
**P.O. Box 6241**
**Sioux Falls, SD 57117**

**Citibank (South Dakota) N.A.**
**Michael Corbat (CEO)**
**399 Park Avenue**
**New York, NY 10022**
**(VIA CERTIFIED MAIL)**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                            **F 4003-2.2.AVOID.LIEN.PP.MOTION**

Page 4

B6C (Official Form 6C) (4/13)

In re  **Nancy Alvarado**                                ,    Case No. _____
                               Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 2131 Eveningside Dr., West Covina CA 91792 | C.C.P. § 704.730 | 175,000.00 | 170,500.84 |
| FMV: $185,327 less 8% cos = $170,500.84 | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| California Bank &Trust Checking Account | C.C.P. § 704.070 | 400.00 | 400.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings. No single item worth over $650.00 | C.C.P. § 704.020 | 1,270.00 | 1,270.00 |
| **Wearing Apparel** | | | |
| Miscellaneous clothing. No single item worth over $650.00 | C.C.P. § 704.020 | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Costume Jewelry | C.C.P. § 704.040 | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| US Bank IRA | C.C.P. § 704.115(a)(1) & (2), (b) | 14,298.81 | 14,298.81 |
| Current Balance: $852.95 Funds Levied by Citibank Pre-Petition: $13,445.86 | | | |
| Interest in Ex-Husband's IRA | 11 U.S.C. § 522(b)(3)(C) | 130,000.00 | 130,000.00 |
| *Debtor awarded $180k in Ex-Husband's IRA pursuant to 2008 divorce judgment. $20k was paid upon divorce and $500 per month equalization thereafter leaving an estimated balance of $130k. Funds remain in ex-husband's IRA therefore exempted under 11 USC 522(b)(3). | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Kia Rio 5 83,000 miles | C.C.P. § 704.010 | 2,500.00 | 2,500.00 |
| *Fair/Poor Condition: Needs engine work for stuttering problem (needs igntition coils, etc), needs new tires. Exterior Damage. | | | |
| 1994 Harley Davidson XL Sportster 883 | C.C.P. § 704.010 | 400.00 | 1,100.00 |
| *Not Running: needs new clutch, battery, charging system, etc. **Cost of Repair Estimate ($1,149.65) included with trustee documents. | | | |
| | Total: | 324,118.81 | 320,319.65 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Ahren A. Tiller, Esq. (SBN 250608)
Carolina K. Tiller, Esq. (SBN 262604)
Anika Renaud-Kim, Esq. (SBN 272850)
**BANKRUPTCY LAW CENTER**
1230 Columbia St. Ste 1100
San Diego, CA92101
Phone (619) 894-8831

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

In re:

NANCY ALVARADO

        Debtor.

Case No.: **2:14-bk-11989-RN**

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f)**

I, NANCY ALVARADO, hereby declare that I am over the age of eighteen (18) years and declare under the penalty of perjury that the foregoing facts contained herein are true, except to those that are a matter of opinion and as to those I declare that those opinions are accurate to the best of my knowledge.

1. As disclosed on Schedule B of my petition, I am the owner of a US Bank Individual Retirement Account (account ending in 1038).

2. On or about December 12, 2003, after obtaining a judgment in state court in case number RIC10025246, Citibank (South Dakota, N.A.) levied my US Bank Individual Retirement Account in the amount of $13,445.86 (see **Exhibit "A" to Motion**).

3. I filed a Chapter 7 bankruptcy case in the Central District of California on January 31, 2014 and assigned case number 2:14-bk-11989-RN.

///

4. My initial 341(a) meeting of creditors was held and concluded on March 14, 2014 and the Chapter 7 Trustee filed a Report of No Distribution on March 18, 2014.

5. I listed the levied funds on Schedule B and exempted them on Schedule C.

6. As the exempted funds were levied within ninety (90) days of my bankruptcy petition date, I respectfully request that the Court order the lien of Citibank (South Dakota) N.A. on my personal property avoided pursuant to 11 U.S.C. § 522(f).

Executed on May 16, 2014

*Nancy Alvarado*
Nancy Alvarado

# EXHIBIT A

# USbank.

## Transaction History

Individual Retirement Account
Account ending in 1038

Date Printed: 03/19/14
Printed By: MXJON13

Page 1 of 1

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $852.95 | $852.95 |

| Date | Description | | Debit | Credit | Available Bal | Ending Bal | | Post Date |
|---|---|---|---|---|---|---|---|---|
| 12-12-13 | COURT ORDER PARTIAL WITHDRAWAL TLW-0018 | 3051 | $13,445.86 | $0.00 | $852.95 | $852.95 | | 12-12-13 |
| 12-12-13 | FEDERAL WITHHOLDING ON ANNUITY PAYMENT | 3258 | $1,493.98 | $0.00 | $14,298.81 | $14,298.81 | | 12-12-13 |
| 08-19-13 | RENEWED DEPOSIT | 3021 | $0.00 | $15,792.79 | $15,792.79 | $15,792.79 | | 08-19-13 |
| 08-19-13 | INTEREST PAYMENT GENERATED | 3218 | $0.00 | $192.58 | $15,792.79 | $15,792.79 | | 08-19-13 |
| 08-02-13 | FEE IRA ANNUAL | 9596 | $30.00 | $0.00 | $15,600.21 | $15,600.21 | | 08-02-13 |
| 02-19-13 | INTEREST PAYMENT GENERATED | 3218 | $0.00 | $381.79 | $15,630.21 | $15,630.21 | | 02-19-13 |
| 08-02-12 | FEE IRA ANNUAL | 9596 | $30.00 | $0.00 | $15,248.42 | $15,248.42 | | 08-02-12 |
| 02-17-12 | INTEREST PAYMENT GENERATED | 3218 | $0.00 | $243.01 | $15,278.42 | $15,278.42 | | 02-19-12 |
| 08-02-11 | FEE IRA ANNUAL | 9596 | $30.00 | | $15,035.41 | $15,035.41 | | 08-02-11 |

RETURN ON ATTACHMENT/EXECUTION

SUPERIOR COURT

4050 MAIN ST.
RIVERSIDE, CA 92502

Case No: RIC10025246
Writ Issued On: 06/29/12

MAR 14 2013
FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 14 2013

C. Constante

CITIBANK VS MCLLWAIN, NANCI

I, the undersigned Sheriff of Los Angeles County, State of California,
am filing a levying officer return of actions pursuant to the writ issued
on the date referenced above. I certify that I am retaining possession of
the original writ (CCP263.7). I hereby certify that I levied upon the
judgment debtor's interest in personal property in the possession or under
the control of:

US BANK- -COVINA

By delivering to:
   CHRISTINA VASQUEZ                        TELLER
Left with:

of said garnishee on 11/27/12, personally a copy of the writ, copies of the
memorandom of garnishee and a copy of the Notice of Levy. The property levied
upon is described.

As follows:
LEVY ON ANY AND ALL ACCTS AND SAFE DEPOSIT BOXES OF JUDG.
DEBTOR W/SSN -----------.

A copy of the writ and a Notice of Attachment/Levy was served on the
defendant/judgment debtor at the address shown on the writ. Copies were also
served on any other person requiring notice.

NO MEMORANDUM OF GARNISHEE RECEIVED.

SEE ATTACHED

Person serving E499310
Deputy LIPING TIAN

LEROY D. BACA, SHERIFF

Dated: 03/11/13                     By _____
Branch: CITRUS (WEST COVINA)                    MIRYAM GUTIERREZ, DEPUTY

MA1WP25E                  RETURN ON ATTACHMENT/EXECUTION

APR 02 2013